| **Information to identify the case:** | | | | |
|---|---|---|---|---|
| Debtor 1 | **Christine S Rubin** | | Social Security number or ITIN | **xxx–xx–3543** |
| | First Name    Middle Name    Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | | Date case filed for chapter **13** | **1/8/20** |
| Case number: | **20–00480** | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                   12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Christine S Rubin | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 245 Little John Ct<br>Bartlett, IL 60103 | |
| 4. | **Debtor's attorney**<br>Name and address | David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076 | Contact phone 847–673–8600<br>Email: cutlerfilings@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603 | Contact phone 312 294–5900 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1–866–222–8029<br>Date: 1/9/20 |

**For more information, see page 2**

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 4, 2020 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | **Location:**<br>**55 East Monroe, Suite 3850, Chicago, IL 60603** |
|---|---|---|
| 8. Deadlines<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/6/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/18/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/6/20** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 9. Filing of plan | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**3/2/20** at **10:30 AM** , Location: **219 South Dearborn, Courtroom 680, Chicago, IL 60604**<br><br>**The Disclosure of Compensation has been filed. The attorney for the debtor is requesting fees of $ 4500.00**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| 10. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. Filing a chapter 13 bankruptcy case | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. Discharge of debts | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
Northern District of Illinois

In re:  
Christine S Rubin  
    Debtor

Case No. 20-00480-JPC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: bchavez     Page 1 of 2     Date Rcvd: Jan 09, 2020  
                    Form ID: 309I     Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2020.
```
db              +Christine S Rubin,    245 Little John Ct,    Bartlett, IL 60103-4036
28529560        +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
28529570        +Renald Petrauskas,    245 Little John Ct,    Bartlett, IL 60103-4036
28529571        +Specialized Loan Servicing/SLS,    Attn: Bankruptcy Dept,    8742 Lucent Blvd #300,
                  Highlands Ranch, CO 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: cutlerfilings@gmail.com Jan 10 2020 02:35:44      David H Cutler,
                  Cutler & Associates, Ltd.,    4131 Main St.,    Skokie, IL 60076
tr              +E-mail/Text: bncnotice@tomvaughntrustee.com Jan 10 2020 02:38:17      Tom Vaughn,
                  55 E. Monroe Street, Suite 3850,    Chicago, IL 60603-5764
ust             +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jan 10 2020 02:37:01      Patrick S Layng,
                  Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
                  Chicago, IL 60604-2027
28529558        +EDI: AMEREXPR.COM Jan 10 2020 06:58:00      Amex,    Correspondence/Bankruptcy,    Po Box 981540,
                  El Paso, TX 79998-1540
28529559        +EDI: AMEREXPR.COM Jan 10 2020 06:58:00      Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
28529561         EDI: BANKAMER.COM Jan 10 2020 06:58:00      Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                  El Paso, TX 79998
28529562        +E-mail/PDF: MarletteBKNotifications@resurgent.com Jan 10 2020 03:07:31       Best Egg/sst,
                  Po Box 42912,    Philadelphia, PA 19101-2912
28529563        +EDI: CHASE.COM Jan 10 2020 06:58:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                  Wilmington, DE 19850-5298
28529564        +EDI: CITICORP.COM Jan 10 2020 06:58:00      Citibank/Exxon Mobile,    Attn: Bankruptcy,
                  Po Box 790034,    St Louis, MO 63179-0034
28529565        +EDI: CITICORP.COM Jan 10 2020 06:58:00      Citibank/Goodyear,    Attn: Bankruptcy,
                  Po Box 790034,    St Louis, MO 63179-0034
28529566        +EDI: CITICORP.COM Jan 10 2020 06:58:00      Citibank/The Home Depot,
                  Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
28529567        +EDI: WFNNB.COM Jan 10 2020 06:58:00      Comenity Bank/Lane Bryant,    Attn: Bankruptcy,
                  Po Box 182125,    Columbus, OH 43218-2125
28529568        +E-mail/Text: bncnotices@becket-lee.com Jan 10 2020 02:36:16       Kohls/Capital One,
                  Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
28529569        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 10 2020 03:06:15
                  LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                  Greenville, SC 29603-0497
28529572        +EDI: RMSC.COM Jan 10 2020 06:58:00      Syncb/PPC,    Attn: Bankruptcy,    Po Box 965060,
                  Orlando, FL 32896-5060
28529573        +EDI: RMSC.COM Jan 10 2020 06:58:00      Synchrony Bank,    Attn: Bankruptcy Dept,
                  Po Box 965060,    Orlando, FL 32896-5060
28529574        +EDI: RMSC.COM Jan 10 2020 06:58:00      Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
                  Po Box 956060,    Orlando, FL 32896-0001
28529575        +EDI: RMSC.COM Jan 10 2020 06:58:00      Synchrony Bank/TJX,    Attn: Bankruptcy Dept,
                  Po Box 965060,    Orlando, FL 32896-5060
28529576        +EDI: WTRRNBANK.COM Jan 10 2020 06:58:00      Target,    Attn: Bankruptcy,    Po Box 9475,
                  Minneapolis, MN 55440-9475
28529577        +EDI: COMCASTCBLCENT Jan 10 2020 06:58:00      Telecom Self-reported,    Po Box 4500,
                  Allen, TX 75013-1311
28529578        +E-mail/Text: illinoislitigation@zwickerpc.com Jan 10 2020 02:38:55       Zwicker & Associates,
                  7366 N Lincoln Ave, Ste 102,    Lincolnwood, IL 60712-1738
                                                                                                 TOTAL: 21
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                                           Signature:   /s/Joseph Speetjens

```
District/off: 0752-1          User: bchavez              Page 2 of 2              Date Rcvd: Jan 09, 2020
                              Form ID: 309I              Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2020 at the address(es) listed below:
              David H Cutler    on behalf of Debtor 1 Christine S Rubin cutlerfilings@gmail.com,
               r48280@notify.bestcase.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Tom  Vaughn    ecf@tvch13.net, ecfchi@gmail.com
                                                                                          TOTAL: 3
```