Form G5 (20200113_bko)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | |
|---|---|
| In Re:<br>Christine S Rubin;<br><br><br><br>Debtor(s) | Case Number: 20-00480<br><br>Chapter: 13<br><br>Honorable Jacqueline Cox |

## ORDER APPROVING LOAN MODIFICATION

That the Debtor(s), Christine S Rubin, and the mortgagee, Specialized Loan Servicing, LLC, having reached agreement on a loan modification regarding the mortgage on real estate located at 245 Little John Ct, Bartlett, IL 60103, and the parties having reached agreement to the following terms, the court being advised in the premises, and finding that it has jurisdiction over this matter:
IT IS HEREBY ORDERED that:

1. The loan modification is approved.
2. The Principal balance will be $185,467.53.
3. The Interest Rate will remain at 3.750%, fixed interest rate. Cox
4. Principal and interest monthly payment will be $746.56 and the total monthly payment, including escrow, will be $1,568.23.
5. The new monthly payment shall begin June 1, 2020 and due on the same day of each succeeding month.
6. The maturity date will be May 1, 2060.

Enter:

*Jacqueline P. Cox*
*J. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 5-18-20

**Prepared by:**
Anselmo Lindberg & Associates
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
ILbankruptcy@dallegal.com
Firm File Number: B20050013
This law firm is deemed to be a debt collector.